M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Charles Edward Brown
Henry County Jail
_____
Full name and prison name of
Plaintiff(s)

2020 FEB -4 P 12: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Lee Padgett
Becky Floyd
Gaycle Nolin
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:20-CV-81-ECM-SRW
(To be supplied by Clerk of U.S. District
Court)

DEMAND FOR JURY TRIAL

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Charles Edward Brown

         Defendant(s) 1:19-cv-00382
         1:19-cv-682-ECM • 1:19-cv-1076-ECM
         1:19-cv-363-WHA-CSC • 1:19-cv-603-ALB-CSC

      2. Court (if federal court, name the district; if state court, name the county)

         Middle

3. Docket number _N/A_
4. Name of judge to whom case was assigned _1076/682 Wallace Capel, Jr_
   _382/603/363 Charles S. Coody_
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _All Still Pending_
6. Approximate date of filing lawsuit _mid to late 2019_
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Henry County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
_Henry County Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lee Padgett | 101 Court Sq Room G Abbeville, Al 36310 |
| 2. | Becky Floyd | 101 Court Sq, Room G Abbeville, Al 36310 |
| 3. | Gracie Nolin | 101 Court Sq, Room G Abbeville Al 36310 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _1·7·20,_
_11-15-19 · 12·15·19 · 1·20·20_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Attorney/Client Privacy_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 1.7.20 I received a visit from my Attorney Jennifer Wilson around 4pm. C/O Nolin (shift supervisor) set that visit up to take place in the Booking/Intake room. About 20 mins into the visit C/O Carmen came to the door and asked could she feed a inmate that was in the holding cell which is adjacent to the

GROUND TWO: Booking/intake room. Hon. Jennifer Wilson or I had any idea anyone was in the holding cell. I was very upset and disturbed by this and so was Hon. Jennifer Wilson. When

SUPPORTING FACTS: I addressed my complaint to staff C/O Johnson said "so it's not like he was listening he's intoxicated." When the door was popped to give the inmate (Cody Wilkerson) his tray he was standing right at the door. Who knows what he heard, but We all know you cannot unhear what's been heard. Another Gross Administrative Misconduct that

GROUND THREE: knows no bound.

Next is the Misconduct of the Administration that

SUPPORTING FACTS: Robs you of Due Process, and deprive one of Rights guaranteed by the US Constitution. I have filed serveral grievances including one about the aformitioned matter (dates on page 2). In the handbook it says you must go through the chain of command. I have request numerous times the name & rank of all in chain of comand with no reply. The Handbook also states that grievances will be answered in writing within 72 hrs excluding holidays & weekend. Every grievance I file is never answered only returned with Forward or Request Received Robbing me of due process. I also have not been returned serval Request Form from Records cleck Becky Floyd. I have filed grievance about it and told her and the Administration I need Request Forms returned because of pending legal actions.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I Request a Jury trial. Something has to be done And I leave that to the courts. Without a change in this Rogue Administration a Travesty of Justice is surely forecoming

_Charles Brown_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2·3·2020__
               (Date)

_Charles Brown_
Signature of plaintiff(s)

Charles Brown
101 Court Sq Room G
Abbeville, Al 36310

MONTGOMERY AL 360
03 FEB 2020 PM 3 L



MAIL ORIGINATED FROM
THE HENRY COUNTY JAIL

Hon. Wallace Capel Jr
US Clerk Debra P. Hackett
One Church Street Room B-110
Montgomery, Al 36104

Legal Correspondence
to Be Opened By
Addressee only.

36104-401801